UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:20-cv-00388-EBA

MARY L. SNOW,                                                                                              PLAINTIFF,

V.                                                              **JUDGMENT**

ANDREW SAUL
Commissioner of Social Security,                                                         DEFENDANT.

*** *** *** ***

In accordance with the opinion entered on this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The decision of the Commissioner is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards;

2. This matter is **STRICKEN** from the Court's active docket.

Signed March 16, 2022.

Signed By:
*Edward B. Atkins* 
**United States Magistrate Judge**